# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARILYN MARGULIS; <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND RESORTS INTERNATIONAL, INC.; MICHAEL ALLEN FLASKEY; and JOHN DOES 1 through 10; <br><br> Defendants. | Case No. 4:21-cv-00391-NCC |

## NON-CONTESTED MOTION TO EXTEND DEADLINE FOR DEFENDANT DIAMOND RESORTS INTERNATIONAL, INC., TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

Defendant Diamond Resorts International, Inc. ("Diamond Resorts") and respectfully moves for an non-contested extension of the deadline for Diamond Resorts to file its responsive pleading to Plaintiff's Complaint. In further support of its Motion, Diamond Resorts states as follows:

1. On February 24, 2021, Plaintiff Marilyn Margulis ("Plaintiff") filed a petition (the "Complaint") in the Circuit Court of St. Louis County, Missouri, Case No. 21SL-CC00895, and styled *Marilyn Margulis v. Diamond Resorts International, Inc., Michael Allen Flaskey, and John Does 1-10*.

2. On April 2, 2021, Diamond Resorts filed its Notice of Removal thereby removing this matter to the Court.

3. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Diamond Resorts responsive pleading in this matter is due on April 9, 2021.

4.     On April 5, 2021, Plaintiff's counsel confirmed that Plaintiff does not object to Diamond Resorts' request for extension.

5.     Additional time is needed by Diamond Resorts to evaluate Plaintiff's claims.

6.     No party will be prejudiced by this extension of time.

WHEREFORE Defendant Diamond Resorts International, Inc. respectfully requests that the Court grants its Consent Motion and extend the deadline for Diamond Resorts to file its responsive pleading to Plaintiff's Complaint up to and including April 23, 2021 and for any further relief that the Court deems just and appropriate.

Respectfully submitted,

**STINSON LLP**

By:     */s/ Benjamin D. Woodard*
        Benjamin D. Woodard, Bar #66926MO
        benjamin.woodard@stinson.com
        7700 Forsyth Blvd, Suite 1100
        St. Louis, Missouri 63105
        Phone: (314) 863-0800
        Fax: (314) 863-9388

*Attorneys for Defendant Diamond Resorts International, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served upon all counsel of record via the Court's electronic filing system, on this 8th day of April, 2021.

                                        */s/ Benjamin D. Woodard*
                                        *Attorneys for Defendant Diamond Resorts International, Inc.*