## IN THE UNITED STATES DISTRICT CIRCUIT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MARILYN MARGULIS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DIAMOND RESORTS INTERNATIONAL, INC., MICHAEL ALLEN FLASKEY and JOHN DOES 1-10<br><br>　　　　　Defendants. | Cause No. 4:21-cv-00391 |

### PLAINTIFF MARILYN MARGULIS' DISMISSAL WITH PREJUDICE OF HER CLAIMS AGAINST DEFENDANTS DIAMOND RESORTS INTERNATIONAL, INC. and MICHAEL ALLEN FLASKEY
### and
### DISMISSAL OF WITHOUT PREJUDICE OF HER CLAIMS AGAINST DEFENDANTS JOHN DOES 1-10

COMES NOW Plaintiff, MARILYN MARGULIS and the Defendants DIAMOND RESORTS INTERNATIONAL, INC., and MICHAEL ALLEN FLASKEY, through their undersigned attorneys, jointly stipulate under Federal Rule 41 (a) (1) (A) (ii) to the dismissal of MARILYN MARGULIS' claims against DIAMOND RESORTS INTERNATIONAL, INC., and MICHAEL ALLEN FLASKEY **with prejudice**. John Does 1-10 are hereby dismissed **without prejudice**. Each party to bear its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

　　　　This the _____ day of _____, 2021.


　　　　_____
　　　　**Judge Noelle C. Collins**

| | |
|---|---|
| /s/ Max G. Margulis<br>Max G. Margulis, MO#24325<br>MARGULIS LAW GROUP<br>28 Old Belle Monte Rd.<br>Chesterfield, MO 63017<br>(636) 536-7022 - Residential<br>maxmargulis@margulislaw.com<br><br>*Attorney for Plaintiff Marilyn Margulis* | /s/ Benjamin D. Woodard<br>Benjamin D. Woodard,<br>MO Bar #66926,<br>STINSON LLP<br>7700 Forsyth Blvd, Suite 1100<br>St. Louis, Missouri 63105<br>P: (314) 863-0800<br>F: (314) 863-9388<br>Email:<br>benjamin.woodard@stinson.com<br>*Attorney for Defendant Diamond Resorts International, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2021, I submitted the foregoing via this Court's electronic operating system, which served notice of the filing on the Attorney for Defendants.

/s/  Max G. Margulis